IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN KLINE, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BERNARD BRUNWASSER, et al., | : | No. 12-2141 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **12th** day of **June, 2012**, upon consideration of Defendants' Motion to Dismiss and Plaintiff's response thereto, and for the reasons provided in this Court's Memorandum dated June 12, 2012, it is hereby **ORDERED** that:

1. Defendants' motion (Document No. 7) is **GRANTED in part**. The federal claims against all Defendants are **DISMISSED**.

2. The Court declines to exercise supplemental jurisdiction over the remaining state law claims.

3. This case is **REMANDED** to the Philadelphia Court of Common Pleas.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**